In my view, this approach to judicial review is not only consistent with the goals of the RTKL, but also accords OOR decisions a certain level of deference to which they are entitled. Thus, I would remand this matter to the Commonwealth Court to review the determination of the OOR under the standards of review set forth above.

75 A.3d 483

**PENNSYLVANIA STATE ASSOCIATION OF JURY COMMIS-SIONERS, Larry A. Thompson, President Pennsylvania State Association of Jury Commissioners, Martha S. Smith, Duly Elected Jury Commissioner of Chester County, Mary Jane Dellafiora, Duly Elected Jury Commissioner of Indiana County, George Richard Zimmerman, Duly Elected Jury Commissioner of Washington County, Pamela L. Bisbing, Duly Elected Jury Commissioner of Monroe County, Clinton A. Bonetti, First Vice President of Pennsylvania State Association of Jury Commissioners and Duly Elected Jury Commissioner of Butler County, Richard L. Ward, Jr., Duly Elected Jury Commissioner of Columbia County, Kristen Gensel, Duly Elected Jury Commissioner of Columbia County, Joanne Cisco Olszewski, Duly Elected Jury Commissioner of Montgomery County, Donald Lee Dissinger, Duly Elected Jury Commissioner of Perry County, Judith L. Fisher, Duly Elected Jury Commissioner of Washington County, Sandra Oden Kellner, Duly Elected Jury Commissioner of Venango County, Doretta K. Mellott, Duly Elected Jury Commissioner of Fulton County, Glenn E. Ford, Duly**

184

Elected Jury Commissioner of Fulton County, Marjorie A. Wassmer, Duly Elected Jury Commissioner of Pike County, Gertrude Smith, Duly Elected Jury Commissioner of Pike County, Jerry Olson, Duly Elected Jury Commissioner of Elk County, Shelley L. Blythe, Duly Elected Jury Commissioner of Beaver County, Appellants

v.

COMMONWEALTH of Pennsylvania c/o Attorney General of Pennsylvania, Honorable Thomas Corbett, Governor of Pennsylvania, Honorable Carol Aichele, Secretary of the Commonwealth of Pennsylvania, Honorable Kathleen Kane, Attorney General of Pennsylvania, Honorable Joseph B. Scarnati, III, Elected President Pro Tempore of The Senate of the Commonwealth of Pennsylvania, Honorable Samuel H. Smith, Speaker of the House of Representatives of the Commonwealth of Pennsylvania, Appellees

County Commissioners Association
of Pennsylvania, Intervenors.

No. 59 MAP 2013.

Supreme Court of Pennsylvania.

Sept. 17, 2013.

## ORDER

PER CURIAM.

AND NOW, this 17th day of September, 2013, the order of the Commonwealth Court is hereby AFFIRMED.

Opinions to follow.

Justice TODD dissents.

